UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JAMES BETTS, ) | |
|     Petitioner, ) | 3:11-cv-00422-LRH-WGC |
| vs. ) | **ORDER** |
| RENEE BAKER, *et al.*, ) | |
|     Respondents. ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.  By order filed January 6, 2012, this Court denied petitioner's motions for discovery.  (ECF No. 25).  On January 17, 2012, petitioner filed a notice of appeal as to the Court's January 6, 2012 order.  (ECF No. 26).

In order to proceed with his appeal, petitioner must receive a certificate of appealability.  28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22; 9th Cir. R. 22-1;  *Allen v. Ornoski,* 435 F.3d 946, 950-951 (9th Cir. 2006); s*ee also United States v. Mikels*, 236 F.3d 550, 551-52 (9th Cir. 2001).  Generally, a petitioner must make "a substantial showing of the denial of a constitutional right" to warrant a certificate of appealability. *Id.;* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).  "The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Id.* (*quoting Slack*, 529 U.S. at 484).  In order to meet this threshold inquiry, the petitioner has the burden of demonstrating that the issues are debatable among jurists of reason; that a court could resolve the issues differently; or that the questions are adequate to deserve encouragement to proceed further.  *Id.*

In the present case, the Court denied petitioner's motions for discovery because petitioner failed to show good cause to conduct discovery in the instant habeas case. *See* Rule 6 of the Rules Governing Section 2254 Cases; *see also Bracy v. Gramley*, 520 U.S. 899, 905-909 (1997). (ECF No. 25). No reasonable jurist could conclude that the Court's order denying discovery was in error. Petitioner is not entitled to a certificate of appealability.

**IT IS THEREFORE ORDERED** that petitioner's notice of appeal, construed as an application for a certificate of appealability (ECF No. 26), is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall send a copy of this order to the United States Court of Appeals for the Ninth Circuit.

Dated this 16th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE