1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
8                                DISTRICT OF NEVADA
9                                      * * *
10   MICHAEL JAMES BETTS,                    Case No. 3:11-cv-00422-MMD-WGC
11                           Petitioner,                    ORDER
             v.
12
     RENEE BAKER, *et al.*,
13
                            Respondents.
14

15          This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28

16   U.S.C. § 2254, by a Nevada state prisoner. Petitioner has filed a motion for a court-

17   appointed mediator to decide his claims of habeas relief. (Dkt. no. 35.) Respondents

18   have opposed the motion. (Dkt. no. 36.)

19          In order to receive relief in his federal habeas corpus matter, petitioner must

20   demonstrate that the state courts applied federal law in an objectively unreasonable

21   manner, or decided the case based upon an unreasonable determination of facts in light

22   of the record in the state court proceedings. 28 U.S.C. § 2254(d). Federal law in this

23   context is determined by the United States Supreme Court. *Id.* Petitioner has cited no

24   statutory or other authority permitting federal habeas claims to be resolved by a

25   mediator. Petitioner's motion for a court-appointed mediator in this action is denied.

26          The Court notes that this matter has been fully briefed, with an answer and a

27   reply brief having been filed previously. No further filings or pleadings are necessary. In

28   due course, the Court will issue an order resolving the merits of the petition.

1    It is therefore ordered that petitioner's motion for court-appointed mediation (dkt.

2    no. 35) in this action is denied.

3    DATED THIS 27th day of February 2014.

4

5    _____

6    MIRANDA M. DU
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2