UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL JAMES BETTS,<br><br>                   Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>                   Respondents. | Case No. 3:11-cv-00422-MMD-WGC<br><br>ORDER |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has filed a motion for a court-appointed mediator to decide his claims of habeas relief. (Dkt. no. 35.) Respondents have opposed the motion. (Dkt. no. 36.)

In order to receive relief in his federal habeas corpus matter, petitioner must demonstrate that the state courts applied federal law in an objectively unreasonable manner, or decided the case based upon an unreasonable determination of facts in light of the record in the state court proceedings. 28 U.S.C. § 2254(d). Federal law in this context is determined by the United States Supreme Court. *Id.* Petitioner has cited no statutory or other authority permitting federal habeas claims to be resolved by a mediator. Petitioner's motion for a court-appointed mediator in this action is denied.

The Court notes that this matter has been fully briefed, with an answer and a reply brief having been filed previously. No further filings or pleadings are necessary. In due course, the Court will issue an order resolving the merits of the petition.

It is therefore ordered that petitioner's motion for court-appointed mediation (dkt. no. 35) in this action is denied.

DATED THIS 27th day of February 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE